| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **GUAM CR 01-00060-001** |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **KEVIN LIN** c/o USPO Clifford D. Jackson Western District of New York U.S. Probation Office Federal Building Room 111 Rochester, NY 14614 | NAME OF SENTENCING JUDGE **Honorable David O. Carter, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **January 17, 2007** | TO **January 16, 2009** |

OFFENSE

**Alien Smuggling, in violation of 8 U.S.C. §1324(a)(2)(B)(ii)**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **N/A** DISTRICT OF **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____   _____
*Date*                                                   *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **N/A** DISTRICT OF **GUAM**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
*Effective Date*                                       *United States District Judge*

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 01-00060-001 |
| )  Plaintiff, ) | |
| ) | **SPECIAL REPORT** |
| vs. ) | |
| ) | |
| KEVIN LIN, ) | |
| ) | |
| Defendant. ) | |

**Re:  Transfer of Jurisdiction**

On May 5, 2005, Kevin Lin was sentenced in the District Court of Guam to a 27 month term of imprisonment, with credit for time already served, followed by a two year term of supervised release for the offense of Alien Smuggling, in violation of 8 U.S.C. §1324(a)(2)(B)(ii). Special Conditions of release include that he: comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; submit to random search and seizure at anytime or day, with or without probable cause, by any peace or probation officer; and pay a $200 special assessment fee and a $2,000 fine.

On January 17, 2007, Mr. Lin began his term of supervised release in the District of Maryland. On September 20, 2007, Mr. Lin's request to relocate to Hamburg, New York, where his wife and children currently reside, was submitted to the Western District of New York. Subsequently, on October 29, 2007, this Officer received a letter from U.S. Probation Officer Clifford D. Jackson, Western District of New York, indicating their approval of Mr. Lin's relocation of supervision. Additionally, since Mr. Lin will be residing in New York, they have requested for a transfer of jurisdiction.

Mr. Lin submitted to DNA collection on July 27, 2006; and paid the $200 special assessment fee on July 12, 2005, and the $2,000 fine on July 12, 2005. Additionally, he has maintained gainful employment and a stable residence.

SPECIAL REPORT
Transfer of Jurisdiction
Re:   LIN, Kevin
Criminal Case No. 01-00060-001
December 7, 2007
Page 2


      Accordingly, this Officer respectfully requests that the Transfer of Jurisdiction be approved to the U.S. District Court for the Western District of New York.

                                 Respectfully submitted,

                                 ROSSANNA VILLAGOMEZ-AGUON
                                 Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
                                 U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc:    File