| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **GUAM CR 01-00060-001** |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **Guam** | DIVISION |
|---|---|---|
| **KEVIN LIN** c/o USPO Clifford D. Jackson **Western District of New York** U.S. Probation Office **Federal Building Room 1111 Rochester, NY 14614** | NAME OF SENTENCING JUDGE **Honorable David O. Carter, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **January 17, 2007** | TO **January 16, 2009** |

OFFENSE

**Alien Smuggling, in violation of 8 U.S.C. 1324(a)(2)(B)(ii)**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE           DISTRICT OF    **Guam**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

                                                                   **/s/ Frances M. Tydingco-Gatewood**
                                                                    **Chief Judge**
                                                                    **Dated: May 28, 2008**

*Date*                                                                     *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    **Western**    DISTRICT    **New York**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                    *United States District Judge*